IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LIN, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>LIN, et al.,<br><br>              Defendants. | Civil No. 10-4059-RBK-KMW |

**AMENDED SCHEDULING ORDER**
**AND ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of letter request dated March 8, 2011 from James C. Veith, Esquire, counsel for the defendants, requesting the Court to schedule a settlement conference; and it appearing all counsel join in the request, the Court GRANTS the request:

1. The Court will hold a settlement conference on **April 11, 2011 at 1:30 p.m**.  Confidential Memorandum are due to the Court no later than **April 8, 2011.**  Each party should submit a confidential memorandum to the Court, not to exceed 3 pages, summarizing the relevant facts, the respective legal positions, status of the case and the client's position on settlement. Trial Counsel and clients with full settlement authority must attend the conference. If the parties agree, clients with full settlement authority may appear by telephone if requested and approved by the Court in advance.  Any party granted permission to appear for the settlement conference by telephone must be available by phone throughout the conference. If Trial Counsel and client with full settlement authority do not appear, or are unavailable by phone when needed, the settlement conference may be cancelled or re-scheduled and the non-compliant party and/or attorney may be sanctioned, which may include an assessment of the costs and expenses incurred by those parties who appeared as directed.

2.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons

necessitating the application showing good cause under F℮d. R. Civ. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F℮d. R. Civ. P. 16(f).**

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:   Hon. Robert B. Kugler