NOT FOR PUBLICATION (Doc. No. 56)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| CHENG KENG LIN, et al., | : |
| Plaintiffs, | : Civil No. 10-4059 (RBK/KMW) |
| v. | : **ORDER** |
| TENG LIN, et al., | : |
| Defendants. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court on the motion of Defendants for summary judgment, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment is **DENIED**.


Dated: 12/30/2013                              /s/ Robert B. Kugler
                                               ROBERT B. KUGLER
                                               United States District Judge